UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------

| | : | |
|---|---|---|
| JOHN B. STEVENS, | : | CASE NO. 3:06CV02593 |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | ORDER |
| | : | |
| ROB JEFFRIES, WARDEN, | : | |
| | : | |
| Respondent. | : | |
| | : | |

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

This case is before the Court on the Report and Recommendation of Magistrate Judge Hemann [Doc. 9] that the motion of petitioner for consolidation [Doc. 5] of this case with Case No. 3:05cv7264 pending before Chief Judge James Carr be denied. Petitioner filed a reply [Doc. 6] to his motion and an objection to the Report ad Recommendation [Doc. 11].

The Court, having conducted its own review of all documents pertaining to the motion to consolidate and the Report and Recommendation, fully adopts the Report and Recommendation and denies petitioner's motion to consolidate. Therefore, this matter is returned to Magistrate Judge Hemann to proceed on the previous referral [Doc. 4] for a Report and Recommendation concerning the 2254 petition in this instant case.

IT IS SO ORDERED.

Dated: April 9, 2007                    s/         *James S. Gwin*
                                        JAMES S. GWIN
                                        UNITED STATES DISTRICT JUDGE

1